# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TIFFANY TURNER**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　**No. 3:22-CV-00011-LPR**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is affirmed, and judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 20th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE